# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **8:05CR364** |
| | ) | |
| **RONALD GILLETT and** | ) | **ORDER** |
| **LESLIE HARNETT,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the court on the Motion to Continue Trial (#23) filed by Ronald Gillett. Defendant has complied with NECrimR 12.1. For good cause shown, I find that the motion should be granted and trial continued to January 24, 2006.

**IT IS ORDERED** that defendant's Motion to Continue Trial (#23) is granted, as follows:

1. Trial of this matter is continued to **January 24, 2006** as to both defendants.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **January 3, 2006 and January 24, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act based on counsel's scheduling conflict, and considering the due diligence of counsel. Failure to deny this motion might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED November 21, 2005.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**