IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA,  ) | |
|              )  | |
|      Plaintiff,              )  | 8:05CR364 |
|              )  | |
| v.              )  | |
|              )  | |
| RONALD GILLETT,              )  | ORDER |
|              )  | |
|      Defendants.              )  | |
|              )  | |

The Clerk's Office has requested that Document Number 28 be stricken from the record for the following reason:

- Incorrect time on order.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 28 from the record. The party is directed to re-file the document.

DATED this 19th day of January, 2006.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge